| PROB 22 (ED/CA) (Rev. 2/88) | | DOCKET NUMBER *(TRAN. COURT)* 0972 1:14CR00154-06 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(REC. COURT)* CR 21 00005 EJD |

CR 21 00005 EJD

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DISTRICT E-CA | DIVISION Fresno |
|---|---|---|
| David Arias Mendoza<br>California *(City/State only)* | NAME OF SENTENCING JUDGE<br>Honorable Lawrence J. O'Neill | |
| | DATES OF<br>☐ PROBATION<br>☒ SUPERVISED RELEASE | FROM<br>4/1/2020 | TO<br>3/31/2025 |

**OFFENSE**

21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Cocaine, and Heroin (CLASS A FELONY)

## PART 1 – ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
JAN 06 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the above-named supervisee be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 22, 2020
*Date*

*Dale A. Drozd*
**United States District Judge**

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

1/6/2021
*Effective Date*

*Haywood S. Gilliam Jr.*
**United States District Judge**

CC: United States Attorney
FLU Unit—United States Attorney's Office
Fiscal Clerk—Clerk's Office

Rev. 06/2020
PROB22__TRANSFER OF JURISDICTION